```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

SERA BARR,

    Plaintiff,
v.                          CASE NO: 8:18-cv-1128-T-33TGW

WOOF GANG BAKERY, INC., ET AL.,

    Defendants.
_____/

### ORDER

As stated during the case management hearing held on August 17, 2018, the Court refers the parties to a second mediation conference conducted by the Honorable Thomas G. Wilson, United States Magistrate Judge. Judge Wilson will issue a separate order indicating the date, time, and location of the mediation conference as well as any guidelines that he may impose on the mediation conference. As discussed at the August 17, 2018, hearing, it is the Court's goal that the case be mediated in October of 2018.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of August, 2018.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE